**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HECTOR AARON MORA YANEZ,

Petitioner,

v.

J. JOHNSON, *et al.*,

Respondents.

Case No. 5:26-cv-03518-SRM-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) this Report and Recommendation is approved and accepted; (2) Judgment shall be entered granting the Petition; (3) a writ of habeas corpus shall be issued declaring any future enforcement actions against Petitioner must comply with Due Process requirements and Respondents violated Petitioner's procedural due process rights.

DATED: October 6, 2026

HON. SERENA R. MURILLO
United States District Judge