JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HECTOR AARON MORA YANEZ,

Petitioner,

v.

J. JOHNSON, *et al.*,

Respondents.

Case No. 5:26-cv-03518-SRM-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that Petitioner's request for habeas relief is granted, with no further proceedings, consistent with the reasons and findings set forth in the Order Accepting Findings and Recommendations of United States Magistrate Judge.

DATED: October 6, 2026

HON. SERENA R. MURILLO
United States District Judge